1  Robert W. Freeman, Jr., Esq.
   Nevada Bar No. 003062
2  FREEMAN & MONDRAGON
   1060 Wigwam Parkway
3  Henderson, Nevada 89074
   (702) 990-4913
4
   Attorneys for Defendant
5  American Family Mutual Insurance Company

6                  UNITED STATES DISTRICT COURT

7                      CLARK COUNTY, NEVADA

8                           * * * * *

9  KASEY MISSICK,                    )  CASE NO: 2:09-cv-2223-GMN-PAL
                                     )
10               Plaintiff,          )  STIPULATION AND ORDER FOR
                                     )  DISMISSAL WITH PREJUDICE
11 vs.                               )
                                     )
12 AMERICAN FAMILY MUTUAL INSURANCE  )
   COMPANY, and DOES I through X,   )
13 inclusive, ROE CORPORATIONS I    )
   through X, inclusive              )
14                                   )
                Defendants.          )
15 _____ )

16     IT IS HEREBY STIPULATED and AGREED between Plaintiff Kasey Missick by and
17 through her counsel of record Lawrence E. Mitten, Esq. of Craig P. Kenny & Associates and
18 Defendant American Family Mutual Insurance Company by and through its counsel of
19 record, Robert W. Freeman, Jr., Esq. of Freeman & Mondragon that the above-entitled
20 action may be dismissed with prejudice. The parties have stipulated to submit this matter
21 to private binding arbitration.

22 ...
23 ...
24 ...
25 ...
26 ...
27 ...
28 ...

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 15 day of Sept, 2010.

CRAIG P. KENNY & ASSOCIATES

Lawrence E. Mitten, Esq.
Nevada Bar No. 5428
723 S. Seventh Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff
Kasey Missick

DATED this 15th day of September, 2010.

FREEMAN & MONDRAGON

/s/ Robert W. Freeman, Esq.
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
1060 Wigwam Parkway
Henderson, Nevada 89074
Attorneys for Defendant
American Family Mutual Insurance Company

### ORDER

IT IS SO ORDERED this 17th day of September, 2010.

_____
Gloria M. Navarro
United States District Judge

Page 2